# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MISSOURI
## EASTERN DIVISION

| | | |
|---|---|---|
| **NICHOLE CANTRELL,** | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | No. 4:06 CV 01651 - SNL / TIA |
| | ) | |
| **MICHAEL J. ASTRUE,** | ) | |
| **Commissioner of Social Security,** | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

**I**n accordance with the Judgment entered this day,

**H**aving received no objections thereto,

**IT IS HEREBY ORDERED** that the Report and Recommendation of United States Magistrate Judge Terry I. Adelman (Doc. #22, filed Oct. 18, 2007) be, and is, **SUSTAINED, ADOPTED** and **INCORPORATED** herein.

**IT IS FURTHER ORDERED** that Defendant's motion to reverse and remand (Doc. #21, filed July 30, 2007) be, and is, **GRANTED**.

**IT IS FINALLY ORDERED, ADJUDGED and DECREED** that this cause of action be, and is, **REMANDED**, pursuant to Sentence Four of 42 U.S.C. §405(g), to the Commissioner of Social Security for further proceedings consistent with the Magistrate Judge's Report and Recommendation (Doc. #22). The Court does not retain jurisdiction of this matter.

Dated this 1st day of November, 2007.

*(signature: Stephen N. Limbaugh)*

**SENIOR UNITED STATES DISTRICT JUDGE**